DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FILEMON VEGA-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR. S-07-0080 GEB |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER CONTINUING** |
| v. | ) **STATUS CONFERENCE AND EXCLUDING** |
| | ) **TIME** |
| FILEMON VEGA-RODRIGUEZ, | ) |
| Defendant. | ) Date:  April 20, 2007 |
| | ) Time:  9:00 a.m. |
| _____ | ) Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Filemon Vega-Rodriguez, though their respective attorneys, that the status conference scheduled for April 20 may be continued to May 18, 2007, at 10:00 a.m.

The defense seeks additional time to obtain information concerning a prior conviction Mr. Vega-Rodriguez suffered, in hopes of mitigating the proposed resolution of the case.  Additional time is needed to obtain records and to speak to the attorney who handled that case.  The parties therefore ask to continue the status conference and agree that time under

1  the Speedy Trial Act should be excluded from the date of this order
2  through May 18, 2007, pursuant to Title 18, United States Code, Section
3  3161(h)(1)(C) and (h)(8)(A) and (B)(iv) (Local Code T4), to afford
4  reasonable time for defense preparation.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: April 19, 2007      /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for FILEMON VEGA-RODRIGUEZ


MCGREGOR SCOTT
United States Attorney

Dated: April 19, 2007      /s/ T. Zindel for K. Reardon
KYLE REARDON
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The status conference is continued to May 18, 2007.  The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through May 18, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Dated:  April 20, 2007

GARLAND E. BURRELL, JR.
United States District Judge