DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FILEMON VEGA-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-07-0080 GEB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** (AMENDED) |
| FILEMON VEGA-RODRIGUEZ, | |
| Defendant. | Date:  May 18, 2007<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Filemon Vega-Rodriguez, though their respective attorneys, that the status conference scheduled for May 18 may be continued to June 15, 2007, at 9:00 a.m.

The defense seeks additional time to obtain information concerning a prior conviction Mr. Vega-Rodriguez suffered, in hopes of mitigating the proposed resolution of the case.  Additional time is needed to obtain information from the attorney who handled that case.  The parties therefore ask to continue the status conference and agree that time under the Speedy Trial Act should be excluded from the date of this order

1  through June 15, 2007, pursuant to Title 18, United States Code, Section
2  3161(h)(1)(C) and (h)(8)(A) and (B)(iv) (Local Code T4), to afford
3  reasonable time for defense preparation.

4                                   Respectfully submitted,

5                                   DANIEL J. BRODERICK
                                    Federal Defender
6

7  Dated: May 15, 2007              /s/ T. Zindel
                                    TIMOTHY ZINDEL
8                                   Assistant Federal Defender
                                    Attorney for FILEMON VEGA-RODRIGUEZ
9

10                                  MCGREGOR SCOTT
                                    United States Attorney
11

12 Dated: May 15, 2007              /s/ T. Zindel for K. Reardon
                                    KYLE REARDON
13                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff
14

15                                **O R D E R**

16

17      The status conference is continued to June 15, 2007, at 9:00 a.m.
18 The court finds that a continuance is necessary for the reasons stated
19 above and further finds that the ends of justice served by granting a
20 continuance outweigh the best interests of the public and the defendant
21 in a speedy trial.  Time is therefore excluded from the date of this
22 order through June 15, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
23 (B)(iv).

24 Dated:  May 17, 2007

25

26                                  _____
                                    GARLAND E. BURRELL, JR.
27                                  United States District Judge

28