```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FILEMON VEGA-RODRIGUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-07-0080 GEB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** (AMENDED) |
| FILEMON VEGA-RODRIGUEZ, | |
| Defendant. | Date: June 15, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Filemon Vega-Rodriguez, though their respective attorneys, that the status conference scheduled for June 15 may be continued to June 29, 2007, at 9:00 a.m.

The defense has provided information to the government which it hopes will lead to a more favorable resolution of the case than has been proposed. Additional time is needed to consider the new information and, if appropriate, prepare a revised plea agreement and to consult with the defendant. The parties therefore ask to continue the status conference and agree that time under the Speedy Trial Act should be excluded from

the date of this order through June 29, 2007, pursuant to Title 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv) (Local Code T4), to afford reasonable time for defense preparation.

```
                                Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender


Dated: June 14, 2007            /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for FILEMON VEGA-RODRIGUEZ


                                MCGREGOR SCOTT
                                United States Attorney


Dated: June 14, 2007            /s/ T. Zindel for K. Reardon
                                KYLE REARDON
                                Assistant U.S. Attorney
                                Attorney for Plaintiff
```

**O R D E R**

The status conference is continued to June 29, 2007, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through June 29, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Dated: June 15, 2007

```
                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge
```