1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   FILEMON VEGA-RODRIGUEZ
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,        )  No. CR. S-07-0080 GEB
                                    )
14              Plaintiff,          )
                                    )  **STIPULATION AND ORDER CONTINUING**
15      v.                          )  **STATUS CONFERENCE AND EXCLUDING**
                                    )  **TIME**
16 FILEMON VEGA-RODRIGUEZ,          )
                                    )
17              Defendant.          )  Date:  June 29, 2007
                                    )  Time:  9:00 a.m.
18 _____  )  Judge: Hon. Garland E. Burrell, Jr.

19

20      It is hereby stipulated and agreed between plaintiff, United States
21 of America, and defendant, Filemon Vega-Rodriguez, though their
22 respective attorneys, that the status conference scheduled for June 29
23 may be continued to August 17, 2007, at 9:00 a.m.

24      The parties seek additional time to revise the proposed plea
25 agreement and defense counsel seeks time to prepare and file a sentencing
26 memorandum (the parties propose to resolve the case in a single
27 appearance including change of plea and sentencing).  Because additional
28 time is needed to complete these tasks, the parties ask to continue the

1  status conference to, and to exclude time until, August 17, 2007,
2  pursuant to Title 18, United States Code, Section 3161(h)(1)(C) and
3  (h)(8)(A) and (B)(iv) (Local Code T4).

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated: June 28, 2007                /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for FILEMON VEGA-RODRIGUEZ


                                    MCGREGOR SCOTT
                                    United States Attorney


Dated: June 28, 2007                /s/ T. Zindel for K. Reardon
                                    KYLE REARDON
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


**O R D E R**

The status conference is continued to August 17, 2007, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through August 17, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Dated:  June 28, 2007

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge